UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED J. ANDERSON,

Petitioner,

v.

SAN MATEO COUNTY JAIL, et al.,

Respondent.

Case No. 16-cv-02653-JD

**ORDER DISMISSING CASE**

Alfred J. Anderson, a detainee, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The petition was dismissed with leave to amend.  The Court noted that challenges to the conditions of confinement had already been brought in a civil rights action, Case No. 15-cv-3737 JD.  To the extent petitioner was challenging his underlying criminal prosecution he was ordered to demonstrate why the Court should interfere in light of *Younger v. Harris*, 401 U.S. 37, 43-54 (1971) (Under principles of comity and federalism, a federal court should not interfere with ongoing state criminal proceedings by granting injunctive or declaratory relief absent extraordinary circumstances. )  Petitioner has not responded or otherwise communicated with the Court.

### CONCLUSION

1.      The petition is **DISMISSED** for failure to respond and for the reasons set forth in the prior order.

2.      Because reasonable jurists would not find the result here debatable, a certificate of

1   appealability ("COA") is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000)

2   (standard for COA).

3         **IT IS SO ORDERED.**

4   Dated:  November 22, 2016

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED J. ANDERSON,

          Plaintiff,

     v.

SAN MATEO COUNTY JAIL, et al.,

          Defendants.

Case No.  16-cv-02653-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 22, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred J. Anderson
850 Bryant Street
Rm 442
San Francisco, CA 94103

Dated: November 22, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

3

United States District Court
Northern District of California